**Denied and Opinion Filed December 31, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01164-CV**

**IN RE DALLAS COWBOYS FOOTBALL CLUB LTD, ET AL, Relators**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12306**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Myers

Before the court are relators' December 29, 2021 petition for writ of mandamus and emergency motion for relief.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude relators have failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We deny relators' emergency motion for temporary relief and stay as moot.

211164f.p05

/Lana Myers//
LANA MYERS
JUSTICE